■ The People of the State of New York, Respondent, v Gary Knight, Appellant. [62 NYS3d 266]—Order, Supreme Court, New York County (Neil E. Ross, J.), entered on or about April 14, 2016, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). Defendant's prior felony sex crime conviction automatically resulted in an override to a risk level three,

and there were no mitigating factors that were not adequately taken into account by the risk assessment instrument or outweighed by the seriousness of defendant's criminal history. Concur—Friedman, J.P., Richter, Andrias, Gische and Moulton, JJ.